**Order entered August 30, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01009-CV

### TED STAUFFER & JOHN BERNOT, Appellants

### V.

### JANE T. NICHOLSON, Appellee

### On Appeal from the Collin County Probate Court
### Collin County, Texas
### Trial Court Cause No. PB1-0842-2012

## ORDER

The Court has received the reporter's record in this case in the form of an electronic audio recording. On its own motion, the Court **ORDERS** the court reporter to file a detailed log and index of the recording within fifteen days of the date of this order. *See* TEX. R. APP. P. 13.2(b).

/s/ ELIZABETH LANG-MIERS
   JUSTICE